**FILED**

**OCT 2 1 2013**

Clerk, U.S. District and
Bankruptcy Courts

THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case: 1:13-MJ-790 |
| ) | Assigned To: Magistrate Judge Deborah A. Robinson |
| v. ) | Assign. Date: 10/21/2013 |
| ) | Description: Arrest Warrant Removal |
| JAMES E. JOHNSON ) | Docket No: 1:05mj ___ |
| 1436 R ST. NW, APT #101 ) | |
| WASHINGTON, D.C. 20009 ) | Date: November 28, 2005 |
| ) | |

## CRIMINAL INFORMATION

(Count 1 - Misdemeanor – A1427166 / EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 1, 2005, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, JAMES E. JOHNSON, did unlawfully enter a military post for a purpose prohibited by law or lawful regulation, to wit: unlawfully gaining access without rendering proper identification.

(Violation of Title 18, United States Code, Section 1382)

(Count II - Misdemeanor – A1427167 / EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 1, 2005, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States, in the Eastern District of Virginia, the defendant, JAMES E. JOHNSON, did steal merchandise of a value less than $1000, the property of the United States and a department and agency thereof, to wit: Merchandise from the Post Exchange, Fort Myer, Virginia.

(Violation of Title 18, United States Code, Section 641)

Count III - Misdemeanor – A1427168 / EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 1, 2005, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States within the Eastern District of Virginia, the defendant, JAMES E. JOHNSON, did attempt to prevent a military police officer from lawfully arresting him by fleeing from the military police officer (Violation of Title 18 United States Code, Section 13, assimilating Code of Virginia, section 18.2-479.1)

Respectfully submitted,

PAUL J. McNULTY
UNITED STATES ATTORNEY

By: _____
BRIGID OSEI-BOBIE
Special Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____th day of November 2005, a true and correct copy of the Criminal Information was mailed, postage prepaid, to:

JAMES E. JOHNSON
Address on Record

By: _____
BRIGID OSEI-BOBIE
Special Assistant U.S. Attorney

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **1st September, 2005** District of **Virginia** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

Mr. Johnson was seen walking along Carpenter Rd. in a carefree state. Johnson was told by officer Farinelli to HALT. At that time Johnson dropped his bag, jumped the fence to Arlington Cemetery and attempted to flee. Johnson was detained by officer Farinelli. All information on the face of this notice is incorporated by reference herein.

The foregoing statement is based upon
☐ my personal observation    ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on **1 Sep 05**   _____
                Date        Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____   _____
              Date        U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

CVR Scan 9/28/2005  14:32:03

REDACTED

Presented and Sworn to
28 November 2005

---

Loc Code: **EV-32**
Violation No: **A1427168**

**United States District Court**
**Violation Notice**

0208-2005

Print Officer Name: **Smith, Daniel**
Officer No: **S3241**

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION
Date and Time of Offense: **1 Sep 2005 1605**
Offense Charged: **18 USC 111**
Place of Offense: **Ft Myer, Va**
Offense Description: **Resisting Police Officer**

A1427168

Defendant's Last Name: **Johnson**   First Name: **James**   MI: **G**
Street Address: [REDACTED]
City: **Washington**   State: **DC**   Zip Code: **20009**
Driver's License No: [REDACTED]   DL State:    Date of Birth: [REDACTED]   Social Security No: [REDACTED]

**VEHICLE DESCRIPTION**
Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color

A ☒ YOU MUST APPEAR IN COURT   SEE INSTRUCTIONS
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS   SEE INSTRUCTIONS
_____ I wish to terminate this matter by paying the collateral shown below, enclosed
_____ I plead not guilty and promise to appear as required

YOUR COURT DATE
Court Address: **401 Courthouse Sq, Alexandria, Va 22304**
Date: **28 Nov 2005**   Time: **0900**

Collateral (fine): _____   For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1998    Original - CVB Copy   Previous edition is obsolete
(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court))

# United States District Court
## Violation Notice

| Loc Code | Violation No | Print Officer Name | Officer No |
|---|---|---|---|
| EV-32 | A1427167 | Smith, Daniel | 53241 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Place of Offense | Offense Charged |
|---|---|---|
| 1 Sep 2005 1605 | Ft Myer, Va | 18 USC 641 |

**Offense Description:** Theft of Public Property

**Defendant's Last Name:** Johnson  **First Name:** James  **M.I.:** E
**Street Address:** [REDACTED]
**City:** Washington  **State:** DC  **Zip Code:** 20009  **DL State:** DC  **Dep. of Birth:** [REDACTED]  **Social Security No:** [REDACTED]

### VEHICLE DESCRIPTION
| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|

A ☐  **YOU MUST APPEAR IN COURT** SEE INSTRUCTIONS
B ☒  **YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS** SEE INSTRUCTIONS
☐ I wish to terminate this matter by paying the collateral shown below, enclosed
☐ I plead not guilty and promise to appear as required

**YOUR COURT DATE**

| Court Address | Date | Time |
|---|---|---|
| 401 Courthouse Sq, Alexandria, VA 22304 | 28 Nov 2005 | 0900 |

**Collateral (fine):** For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1998    Original - CVB Copy    Previous edition is obsolete
(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court))

---

A1427167

REDACTED

Roseanne Buzzetti-Page
28 November 2005

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **1st September 2005** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

AAFES Security Silvey witnessed MC Johnson via CCTV take the items and leave the store without rendering proper payment. Silvey then notified military police. All information on the face of that notice is incorporated by reference herein.

The foregoing statement is based upon
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above) AAFES Security personnel

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on **1 Sep 05**  [signature]
                Date        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____ _____
             Date        U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

# United States District Court
## Violation Notice

| Loc Code | Violation No | Officer No | Print Officer Name |
|---|---|---|---|
| EV-32 | A1427166 | S3241 | Smith, Daniel |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged |
|---|---|
| 1 Sep 05 1605 | 18 USC 1382 |

| Place of Offense |
|---|
| Ft Myer, Va |

**Offense Description:** Entering military property

**Defendant's Last Name:** Johnson  **First Name:** James  **M.I.** E

**Street Address:** [REDACTED]

| City | State | Zip Code | D L State | Social Security No | Date of Birth |
|---|---|---|---|---|---|
| Washington | DC | 20009 | [REDACTED] | [REDACTED] | [REDACTED] |

### VEHICLE DESCRIPTION

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|

A ☐
B ☒ **YOU MUST APPEAR IN COURT** SEE INSTRUCTIONS
☐ **YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS** SEE INSTRUCTIONS
☐ I wish to terminate this matter by paying the collateral shown below, enclosed
☐ I plead not guilty and promise to appear as required

**YOUR COURT DATE**

| Court Address | Date | Time |
|---|---|---|
| 401 Courthouse Sq, Alexandria, Va 22304 | 28 NOV 2005 | 0900 |

**Collateral (fine):** ___
For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1998
(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court))
Original – CVB Copy      Previous edition is obsolete

---

A1427166

28 November 2005

[signature]
REDACTED
[signature] Receive

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **1st September, 2005** while exercising my duties as a law enforcement officer in the **eastern** District of **Virginia**

Mr Johnson who was inside an AAFES Facility failed to produce proper proof of identification to allow him to gain access and use the facility. All information on the face of this notice is incorporated by reference herein.

___

___

___

The foregoing statement is based upon
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above) AAFES Security

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 1 Sep 05   [signature]
                Date              Officer Signature

"Probable cause has been stated for the issuance of a warrant"

Executed on: 2/1/06   [signature]
                Date              US Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME:

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT:                                          WEIGHT:

SEX:                                              RACE:

HAIR:                                             EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: